IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVE L. DAVIS,** | ) | Case No: 4:10CV3138 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **ROBERT HOUSTON,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on its own motion. The above referenced case is closed and the appeal time has expired. Accordingly,

**IT IS ORDERED**: the State Court Records filed as attachments to Filing No. 8, (2 CD's), be returned to Erin Tangeman, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 12th day of November, 2014.

BY THE COURT

s/Laurie Smith Camp
United States District Judge